NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PIERCE MANUFACTURING, INC., OSHKOSH CORPORATION,**

*Plaintiffs-Appellants*

v.

**E-ONE, INC., REV GROUP, INC.,**

*Defendants-Cross-Appellants*

---

2022-1560, 2022-1562

---

Appeals from the United States District Court for the Middle District of Florida in No. 8:18-cv-00617-TPB-TGW, Judge Thomas P. Barber.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P.  42 (b).

2                           PIERCE MANUFACTURING, INC. V. E-ONE, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

September 13, 2023
        Date                              /s/ Jarrett B. Perlow
                                          Jarrett B. Perlow
                                          Clerk of Court

**ISSUED AS A MANDATE:** September 13, 2023